Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MATRIX, INC., a California Corporation, | Case No.:  CV12-5210 RGK (JCGx) |
|---|---|
| Plaintiff, | <u>Honorable R. Gary Klausner Presiding</u> |
| v. | **[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION** |
| ROSS STORES, INC., a California Corporation; BIG STRIKE, INC. doing business as HEART AND SOUL, a California corporation; CMT WHOLESALE CORP, a Connecticut corporation; and DOES 1-10, | Trial Date: June 11, 2013<br>Final Pretrial Conf.: May 20, 2013 |
| Defendants. | |
| And all related cross claims. | |

Having reviewed the stipulation of the parties to dismiss this action and finding good cause thereon,

///

///

1
**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION**

1  IT IS HEREBY ORDERED that this action be dismissed with prejudice, with each party to bear its own costs and fees incurred.

SO ORDERED.

Dated: May 23, 2013      _____
U.S. DISTRICT COURT JUDGE
R. GARY KLAUSNER